```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICARDO VELSQUEZ,

                        Plaintiff,                        21-CV-03214 (PGG) (SN)

        -against-                                         ORDER

ROYAL WINE MERCHANTS, LTD., et al.,

                        Defendants.

-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The Plaintiff filed the Complaint on April 13, 2021. ECF No. 1. On May 19, 2021, the Plaintiff filed affidavits indicating that both Defendants were served on May 4, 2021. ECF Nos. 8, 9. To date, neither Defendant has entered an appearance, answered, or otherwise responded to the Complaint. Accordingly, the Plaintiff is directed to file a letter with the Court, no later than July 6, 2021, indicating whether he intends to move for default or take some other action in this case. Failure to follow the Court's order could result in dismissal without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 28, 2021
       New York, New York