UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RICARDO VELASQUEZ,

                                      **Plaintiff,**                        **21-CV-03214 (PGG) (SN)**

            -against-                                             **ORDER**

**ROYAL WINE MERCHANTS, LTD., et al.,**

                                      **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff and Defendant William Realty, LLC appeared for an Initial Pretrial Conference on September 9, 2021. Defendant Royal Wine Merchants, Ltd. was not present, and the conference was adjourned. The parties are directed to meet and confer regarding service of Defendant Royal Wine Merchants, Ltd., and the identities of any other additional defendants. Defendant William Realty is to provide Plaintiff with a copy of the relevant lease to aid this inquiry. The parties shall file a status letter by October 8, 2021, indicating the status of service of Defendant Royal Wine Merchants and whether Plaintiff seeks leave to amend his complaint to include any additional defendants.

**SO ORDERED.**

                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:      September 9, 2021
                    New York, New York