UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICARDO VELASQUEZ,

                                  **Plaintiff,**

               -against-

ROYAL WINE MERCHANTS, LTD., et al.,

                                **Defendants.**

-----------------------------------------------------------------X

21-CV-03214 (PGG) (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/2022

**SARAH NETBURN, United States Magistrate Judge:**

        This Order supersedes the Court's January 31, 2022 order at ECF No. 30. This Order shall govern. On October 14, 2021, the Court directed Defendant William Realty to file its amended answer and cross-claim after the time to answer expired for any additional defendants named in the amended complaint. ECF No. 21. Defendant 57 Stone, LLC has now appeared and answered Plaintiff's amended complaint. See ECF No. 29. Plaintiff has not responded to Defendant William Realty's cross-claim filed on August 20, 2021.

        By February 4, 2022, the parties shall file a letter setting forth a schedule for Defendant William Realty to file its responsive pleading to Plaintiff's Amended Complaint. Unless told otherwise, the Court will assume that Defendant William Realty intends to refile its counterclaims with its answer to the Amended Complaint rather than move for default.

**SO ORDERED.**

                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:     February 1, 2022
                 New York, New York