UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RICARDO VELASQUEZ,

                                 **Plaintiff,**                              21-CV-03214 (PGG) (SN)

                    -against-                                      **ORDER**

ROYAL WINE MERCHANTS, LTD., et al.,

                                 **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On February 3, 2022, Defendant William Realty represented that Defendant 57 Stone, LLC planned to amend its cross-claims to include cross-claims against William Realty. See ECF No. 32. As of the issuance of this order, 57 Stone has not done so. Additionally, Defendant Royal Wine Merchants, Ltd. has not appeared or responded to Plaintiff's Amended Complaint, William Realty's cross-claim, or 57 Stone's cross-claim.

        By February 25, 2022, the parties shall file a letter setting forth a schedule for Defendant 57 Stone LLC to amend its cross-claims and advising the Court as to the status of the case. The letter should also address whether any of the parties have had contact with Defendant Royal Wine Merchants and whether Plaintiff intends to move for default against Royal Wine Merchants.

**SO ORDERED.**

                                                                                        SARAH NETBURN
                                                                                       United States Magistrate Judge

DATED:     February 18, 2022
                New York, New York